

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

IN RE:　　　　　　　　　　　　　　*

ANITA TRACEY　　　　　　　　　*　　CASE NO: 07-10895
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　*
　　Debtor
\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING EMPLOYMENT OF REALTOR

The Court, having considered the foregoing Application of the Trustee for authority to employ Chuck Ruth, At Home Real Estate Services as real estate broker herein to sell the real property set forth in the Trustee's Application, and it appearing that Chuck Ruth of At Home Real Estate Services is a disinterested person and the employment is in the best interests of the estate, it is

ORDERED that the Trustee be, and hereby is, authorized to employ Chuck Ruth of At Home Real Estate Services as real estate broker to market and sell the real property of the estate set forth in the Trustee's Application, said employment to be upon the terms and conditions set forth therein; and it is further

ORDERED that the Court may allow compensation different from the compensation provided in the Trustee's Application if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and

1

conditions.

cc:    Michael G. Rinn, Esquire
       111 Warren Road, Suite 4
       Cockeysville, Maryland 21030

       Chuck Ruth
       At Home Real Estate Services
       1321 Quaker Church Road
       Street, Maryland 21154

       Anita L. Tracey
       3702 Diane Avenue
       Hampstead, Maryland 21074

       Constance M. Hare, Esquire
       Mehlman, Greenblatt & Hare, LLC
       723 South Charles Street, Suite LL3
       Baltimore, Maryland 21230

       Office of the U.S. Trustee

**END OF ORDER**