**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

IN RE: *

ANITA L. TRACEY          *          CASE NO: 07-10895-NVA
                                    Chapter 7
                         *
    Debtor
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER AUTHORIZING EMPLOYMENT OF REALTOR

The Court, having considered the foregoing Application of the Trustee for authority to employ Long and Foster Real Estate, Inc., a licensed Real Estate Broker and Bill Schilling, Listing Agent of Long and Foster Real Estate, Inc., 223 H Brierhill Drive, Bel Air, Maryland 21015 as real estate broker herein to sell the real property set forth in the Trustee's Application, and it appearing that Long and Foster Real Estate, Inc., a licensed Real Estate Broker and Bill Schilling, Listing Agent of Long and Foster Real Estate, Inc., is a disinterested person and the employment is in the best interests of the estate, it is

ORDERED that the Trustee be, and hereby is, authorized to employ Long and Foster Real Estate, Inc., a licensed Real Estate Broker and Bill Schilling, Listing Agent of Long and Foster Real Estate, Inc., 223 H Brierhill Drive, Bel Air, Maryland 21015 as real estate broker to market and sell the real property of the estate set forth in the Trustee's Application, said

employment to be upon the terms and conditions set forth therein; and it is further

ORDERED that the Court may allow compensation different from the compensation provided in the Trustee's Application if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

cc:     Michael G. Rinn, Esquire
111 Warren Road, Suite 4
Cockeysville, Maryland 21030

Bill Schilling
Long and Foster Real Estate, Inc.
223 H Brierhill Drive
Bel Air, Maryland 21015

Constance M. Hare, Esquire
Mehlman, Greenblatt & Hare, LLC
723 S. Charles Street, Suite LL3
Baltimore, Maryland 21230

Anita L. Tracey
3702 Diane Avenue
Hampstead, Maryland 21074

Office of the U.S. Trustee

**END OF ORDER**