# Notice Recipients

| District/Off: 0416−1 | User: cadams | Date Created: 1/28/2010 |
|---|---|---|
| Case: 07−10895 | Form ID: pdfparty | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michael G Rinn | rinnoffice@rinn−law.com |
| aty | Constance M. Hare | cmhare@mehl−green.com |
| aty | Gary R. Greenblatt | grgreen@mehl−green.com |
| aty | Michael G Rinn | rinnoffice@rinn−law.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Anita L. Tracey | 3702 Diane Avenue | Hampstead, MD 21074 | |
| r | Bill Schilling | Long and Foster Real Estate, Inc. | 223 H Brierhill Drive | Bel Air, MD 21015 |
| | Office of the U.S. Trustee | 101 W. Lombard St., Ste. 2625 | Baltimore, MD 21201 | |

TOTAL: 3