IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*(Baltimore Division)*

| | | |
|---|---|---|
| IN RE: | * | |
| ANITA L TRACEY | * | CASE NO.: 07-10895 NVA |
| | | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING TRUSTEE'S SALE OF REAL PROPERTY

UPON CONSIDERATION of the Motion of Michael G. Rinn, Trustee for Approval of the Sale of Real Property ("The Motion") , and good cause having been shown, without opposition, it is;

ORDERED, the Trustee's Motion is Granted; and it is further;

ORDERED; that Michael G. Rinn, Trustee, Trustee of the above-named Debtors shall be and hereby is authorized to offer to sell at private sale, and to sell and to consummate settlement upon the property of the Debtors described as the real property located and known as *3702 Diane Avenue, Hampstead, Maryland 21074*, subject to the terms set forth in the Motion and the Notice of Proposed Sale. and it is further;

ORDERED; that Michael G. Rinn, Trustee, Trustee of the above-named Debtors shall be and hereby is authorized to execute, acknowledged and deliver such instruments, deeds and documents necessary to sell and convey the real property located and known as *3702 Diane Avenue, Hampstead, Maryland 21074*.

1

cc:     Michael G. Rinn, Esquire
Law Office of Michael G. Rinn
111 Warren Road, Suite 4
Cockeysville, Maryland 21030

Constance M. Hare, Esquire
Mehlman, Greenblatt & Hare, LLC
723 South Charles Street, Suite LL3
Baltimore, MD 21230

Anita L. Tracey
3702 Diane Avenue
Hampstead, MD 21074

Office of the United States Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201

**END OF ORDER**